

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00416-CV

**IN THE INTEREST OF A.H., A.H., AND A.H.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00033
Honorable Brenda Chapman, Judge Presiding

## O R D E R

In this accelerated appeal of the June 23, 2015 order terminating appellant mother's parental rights, her brief was due to be filed with this court on August 17, 2015. *See* TEX. R. APP. P. 38.6(a). She timely filed a motion for a twenty-day extension of time to file her brief which we granted. Her brief was due on September 8. 2015.

On September 11, 2015, she filed a second motion for extension to file the brief, and on September 14, 2015, she filed the brief.

Appellant mother's motion is GRANTED; her brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.



_____
Keith E. Hottle
Clerk of Court